David E. Bower (119546)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Counsel for Plaintiffs Linda Hawkins and George Stez*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA HAWKINS and GEORGE STEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC. a Delaware Corporation, YOPLAIT USA, INC., a Delaware Corporation, and Does 1 through 10,<br>Defendants. | CASE NO. 2:12-cv-03306 DDP (DTBx)<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Assigned to Hon. Dean D. Pregerson<br><br>Complaint Filed: April 16, 2012 |

PLEASE TAKE NOTICE that Plaintiffs LINDA HAWKINS and GEORGE STEZ ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action and all claims in this action, without prejudice, as to all Defendants, including General Mills, Inc. and Yoplait USA, Inc.

**Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:**

   **(a) Voluntary Dismissal.**

      **(1) By the Plaintiff.**

         **(A) Without a Court Order.** Subject to Rules 23(e), 23.1(c), 23.2, and 66

and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

\* \* \*

Defendant has has neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court, and that dismissal is hereby requested.

Dated: April 26, 2013

**FARUQI & FARUQI, LLP**

_____
DAVID E. BOWER
*Attorneys for Plaintiffs Linda Hawkins and George Stez*

# PROOF OF SERVICE

STATE OF CALIFORNIA }
COUNTY OF LOS ANGELES }

I am employed in the County of Los Angeles, State of California, with my business address as 600 Corporate Pointe Suite 1170, Culver City, California. I am over the age of 18 years and I am not a party to this Action.

On April 26, 2013 I served the foregoing **VOLUNTARY REQUEST FOR DISMISSAL WITHOUT PREJUDICE** on interested parties in this action by enclosing it in an envelope addressed as follows:

Charles Sipos, Esq.
CSipos@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Defendants
GENERAL MILLS, INC. and
YOPLAIT USA, INC.

This document was served via the method(s) checked below.

☑ I caused such envelope to be delivered via first class mail, postage prepaid to the addresses above, on this same date.

☐ I caused such envelope to be delivered via overnight mail, postage prepaid to the addresses above, on this same date, certified with return receipt requested.

☐ I caused such document to be hand delivered to the above stated address on the date set forth above by use of a messenger service who filled out a separate proof of such hand delivery that is kept on file.

☐ I sent such document via fax transmission on the date indicated above, to the fax number(s) indicated above.

☑ I sent such document via email, on the date indicated above, to the email address(es) indicated above.

I declare, under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct.

Executed on April 26, 2013

Michael R. Blackman

NOTICE OF VOLUNTARY DISMISSAL

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: April 26, 2013                    /s/ *David E. Bower*
                                          David E. Bower